1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN P. ROONEY
   Assistant U.S. Attorney
3  4-401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 1:11 CR 223 AWI |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO |
| | ) | CONTINUE SENTENCING |
| v. | ) | DATE and |
| | ) | <u>ORDER</u> |
| JOSE B. ROBLES, | ) | |
| Defendant. | ) | |

The parties to this case, the United States of America, by and through Benjamin B. Wagner, the United States Attorney for the Eastern District of California, and Assistant United States Attorney Kevin P. Rooney, and defendant Jose B. Robles, and his attorney, David Candelaria, stipulate as follows:

The sentencing date currently set for June 4, 2012 will be continued to July 23, 2012 at 10:00 a.m.  This continuance is

///

1

requested to facilitate the safety valve procedure, pursuant to 18 U.S.C. §3553(f), as possible consistent with counsels' schedules and the transport capacity of the United States Marshall.  So stipulated:

May 30, 2012                    BENJAMIN B. WAGNER
                                United States Attorney

                          By:   /s/ Kevin P. Rooney
                                KEVIN P. ROONEY
                                Assistant U.S. Attorney


May 30, 2012              By:   /s/ David Candelaria
                                DAVID CANDELARIA
                                Attorney for Defendant


**ORDER**

Pursuant to the stipulation of the parties, it is hereby ordered that the sentencing of defendant Jose Robles in this case is continued to July 23, 2012 at 10:00 a.m. or such later time or date as ordered by the court.

IT IS SO ORDERED.

Dated:   May 30, 2012                 _____
                                      CHIEF UNITED STATES DISTRICT JUDGE

2