**Report and Order Terminating Supervised Release**
**Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

## FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | |
| ) | **Docket No.:  1:11CR00223-004** |
| **JOSE B ROBLES** ) | |
| ) | |
| ) | |

On September 10, 2012, the above-named was placed on Supervised Release for a period of 4 years.

The supervisee has complied with the rules and regulations of Supervised Release and is no longer in need of supervision.  It is accordingly recommended that the supervisee be discharged from supervision.

Respectfully submitted,

/s/ Yasmin Villegas
**YASMIN VILLEGAS**
**United States Probation Officer**

Dated:   September 9, 2014
         Visalia, California
         YV


           /s/ Lonnie E. Stockton
**REVIEWED BY:   LONNIE E. STOCKTON**
                **Supervising United States Probation Officer**

Rev. 02/2014
EARLY TERMINATION ~ ORDER (PROB35).DOTX

**Re:    JOSE B ROBLES**
       **Docket No:   1:11CR00223-004**
       **Report and Order Terminating Supervised Release**
       **Prior to Original Expiration Date**

---

## ORDER OF COURT

Pursuant to the above report, it is ordered that Jose B Robles be discharged from Supervised Release, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

Dated:   September 9, 2014                           _____
                                                     SENIOR DISTRICT JUDGE